DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440

Attorney for PETITIONER

BEJAMIN B. WAGNER
United States Attorney
CHRISTIAA H. HIGHSMITH
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700
Facsimile:  916-554-2900

UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>          PLAINTIFF, <br><br>     v. <br><br> **PHILLIP CHOA, et al.** <br><br>          DEFENDANTS. | Case No.:   2:14-cr-0220-KJM <br><br> **JOINT STIPULATION AND PROPOSED ORDER: 1) GRANTING LEAVE FOR MINGDAN WEI TO FILE AN AMENDED PETITION; AND, 2) VACATING THE UNITED STATES OF AMERICA'S MOTION TO DISMISS** |

Comes now the Petitioner, MINGDAN WEI, through her Attorney, DANIEL MALAKAUSKAS, and respondents, THE UNITED STATES OF AMERICA, through its Assistant Attorney, KEVIN C. KHASIGIAN, submit the following joint stipulation and request that the Court grant MINGDAN WEI leave to file an Amended Ancillary Petition by April 20th, 2016, and Vacate the Motion to Dismiss Ancillary Petition from April 13th, 2016, at 9:00 a.m. in Courtroom 3.

Joint Stipulation and Order Granting Leave to File Amended Petition and Vacating the Motion to Dismiss the Ancillary Petition

1

1. Petitioner, MINGDAN WEI, filed her Ancillary Petition on February 8th, 2016.

2. The United States filed a Motion to Dismiss the Ancillary Petition of MINGDAN WEI on March 14th, 2016.

3. MINGDAN WEI hired attorney DANIEL MALAKAUSKAS on March 19th, 2016.

4. Daniel MALAKAUSKAS contacted Assistant United States Attorney, KEVIN C. KHASIGIAN, on March 21st, 2016.

5. On March 22nd, 2016, Assistant United States Attorney, KEVIN C. KHASIGIAN, agreed to stipulate to grant MINGDAN WEI leave to Amend her Petition, as well as Continue the Motion to Dismiss the Ancillary Petition set for April 13th, 2016.

6. As the Motion to Dismiss the Ancillary Petition was largely based upon pleading defects, by allowing Petitioner leave to Amend, the pleading issues with the petition should be resolved saving the Court and parties time and resources.

**NOW, THEREFORE,** the parties hereby stipulate and request that the Court grant Petitioner leave to file an Amended Petition by April 20th 2016, and to VACATE the current Motion to Dismiss the Ancillary Petition from April 13th, 2016, at 9:00 a.m., in Courtroom 3.  However, the parties also stipulate that nothing in such stipulation prevents or bars the United States from moving to dismiss the Amended Petition if the United States believes the pleading deficiencies are not cured.

**IT IS SO STIPULATED.**

Dated: March 29th, 2016                     /s/Daniel Malakauskas_____
                                            DANIEL MALAKAUSKAS, attorney
                                            for petitioner, MINGDAN WEI


Dated: March 29th, 2016                     /s/Kevin C. Khasigian_____
                                            Kevin C. Khasigian,
                                            Assistant United States Attorney.

Joint Stipulation and Order Granting Leave to File Amended Petition and Vacating the Motion to Dismiss the Ancillary Petition

2

**ORDER**

Good Cause appearing thereof, IT IS HEREBY ORDERED that Petitioner is granted leave to file an Amended Petition by April 20th, 2016, and that the Motion to Dismiss the Ancillary Petition set for April 13th, 2016, at 9:00 a.m., in Courtroom 3, is HEREBY VACATED.

Dated:  April 5, 2016.

_____
UNITED STATES DISTRICT JUDGE