BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN A. HIGHSMITH
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILLIP CHAO, et al,<br><br>    Defendants. | 2:14-CR-00220-KJM<br><br>ORDER FOR DISCOVERY IN THE ANCILLARY PROCEEDING |

The Court having received, read, and considered the foregoing Stipulation of the Parties (ECF No. 300), and good cause appearing therefrom, the Court hereby ENTERS the following dates with respect to the ancillary proceeding:

1. Discovery cutoff is set for September 15, 2016;
2. Last day to file dispositive motions set for November 1, 2016; and
3. The Ancillary Hearing is set for December 14, 2016 at 9:00 in Courtroom 3 before Judge Kimberly J. Mueller.

Dated: May 16, 2016

_____
UNITED STATES DISTRICT JUDGE