M. JARED FAVERO
Attorney at Law
2237 Park Towne Circle
Sacramento, CA 95825
(916) 709-1408
Fax: (916) 488-6757
faverolaw@gmail.com

Attorney for Defendant
Yang Hui Zhao

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>YANG HUI ZHAO,<br><br>                Defendants. | CASE NO.  2:14-CR-00220<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 10, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

      The United States of America through its undersigned counsel, Paul Hemesath, Assistant United States Attorney, together with counsel M. Jared Favero for defendant Yang Hui Zhao, hereby stipulate the following:

      1.  By previous order, this matter was set for status conference on January 10, 2022.

      2.  By this stipulation, the defendants now move to continue the matter until February 28, 2022 and to exclude time between January 10, 2022, and February 28, 2022, under Local Code T-4 (to allow defense counsel time to prepare).

      3.  The parties agree and stipulate, and request the Court find the following:

         a.  Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.  Defense counsel is in possession of thousands of pages of discovery describing a large scale drug conspiracy and will need additional time to review it.

         b.  Counsel for the defendants believe the failure to grant a continuance in this case would

   deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c. The government does not object to the continuance.

  d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

  e. For the purpose of commuting time under the Speedy Trial Act, 18 United States Code Section 3161 (h) (7) (A) within which trial must commence, the time period of January 10, 2022, to February 28, 2022, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: Jan. 12, 2022   /s/ M. Jared Favero
             M. JARED FAVERO
             Attorney for Defendant
             Yang Hui Zhao

Dated: Jan. 12, 2022   Phillip A. Talbert
             United States Attorney

             /s/ Paul Hemesath
             PAUL HEMESATH
             Assistant United States Attorney

///

**FINDINGS AND ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation. The status conference in this matter is continued to February 28, 2022, at 9:00 a.m., and time between January 10, 2022, and February 28, 2022 is excluded.

DATED: January 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE